AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
11/18/2025
Clerk, U.S. District Court
Western District of Texas

By: _____FMorales_____
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:25-M -06399(1) - MAT |
| | § |
| (1) AGUSTIN MARCOS-FERNANDO | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 16, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.
in violation of Title __8__ United States Code, Section(s) __1326__

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

/s/ FLORES, ALBERT S.
Signature of Complainant
Border Patrol Agent

November 18, 2025                     at    EL PASO, Texas
Date                                              City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 2:00 P.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -06399(1)

WESTERN DISTRICT OF TEXAS

(1) AGUSTIN MARCOS-FERNANDO

FACTS   (CONTINUED)

557.

The DEFENDANT, Agustin MARCOS-Fernando, an alien to the United States and a citizen of GUATEMALA was found near the eastbound lanes of Cesar E. Chavez Border Highway, approximately 0.19 miles east of the Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of GUATEMALA, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to GUATEMALA on 08/24/2025 through ALEXANDRIA, LA.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


IMMIGRATION HISTORY:
The DEFENDANT has been removed 4 times, the last one being to GUATEMALA on August 24, 2025, through ALEXANDRIA, LA


CRIMINAL HISTORY:
None Found